UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 37357

  ROOSEVELT NICKSON
  ARLENE S NICKSON                               CHAPTER 13

                                JUDGE: SUSAN PIERSON SONDERBY

      Debtor
  SSN XXX-XX-1699   SSN XXX-XX-5561

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/07/2004 and was confirmed 12/23/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/18/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED | 9100.00 | 1484.15 | 4499.35 |
| HSBC AUTO FINANCE | UNSECURED | 5279.25 | .00 | .00 |
| AT & T BANKRUPCTY | FILED LATE | 899.23 | .00 | .00 |
| AT & T | NOTICE ONLY | NOT FILED | .00 | .00 |
| AVON PRODUCTS | UNSECURED | NOT FILED | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| BMG MUSIC SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| BRINKS HOME SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| BUSINESS MENS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 432.49 | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| CONSOLIDATED COMMUNICATI | UNSECURED | NOT FILED | .00 | .00 |
| CROSSING POINTE | UNSECURED | 265.37 | .00 | .00 |
| CROSSING POINTE | UNSECURED | 520.21 | .00 | .00 |
| DIRECT CHARGE | UNSECURED | 374.93 | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | NOTICE ONLY | NOT FILED | .00 | .00 |
| DOUBLEDAY BOOKS | UNSECURED | NOT FILED | .00 | .00 |
| DOUBLEDAY BOOK CLUB | NOTICE ONLY | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 453.72 | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 499.10 | .00 | .00 |
| GINNYS | UNSECURED | 62.64 | .00 | .00 |
| HOLY CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HOLY CROSS HOSPITAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1220.17 | .00 | .00 |
| HOUSEHOLD CREDIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 337.94 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIGIS INC | UNSECURED | 257.55 | .00 | .00 |
| FIGIS INC | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | 1893.31 | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 37357 ROOSEVELT NICKSON & ARLENE S NICKSON

| | | | | |
|---|---|---|---|---|
| SEVENTH AVENUE | UNSECURED | 462.94 | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | NOTICE ONLY | NOT FILED | .00 | .00 |
| SUNRISE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| THE NEIGHBORHOOD | UNSECURED | NOT FILED | .00 | .00 |
| THE SWISS COLONY | UNSECURED | 294.81 | .00 | .00 |
| UNIVERSITY OF CHIC PHYSI | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS JAY POTTER | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CREDIT NATIONAL B | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CREDIT NATIONAL B | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHASE CARD SERVICES | SECURED NOT I | 75.26 | .00 | .00 |
| CHASE CARD SERVICES | UNSECURED | 437.69 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 767.78 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 400.00 | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 234.61 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,030.20 | | 2,030.20 |
| TOM VAUGHN | TRUSTEE | | | 449.30 |
| DEBTOR REFUND | REFUND | | | .00 |

### Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|

--------------------------------------------------------------------------------

| | | |
|---|---|---|
| TRUSTEE | 8,463.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 4,499.35 |
| INTEREST | | 1,484.15 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,030.20 |
| TRUSTEE COMPENSATION | | 449.30 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 8,463.00 | 8,463.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/28/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE  2
            CASE NO. 04 B 37357 ROOSEVELT NICKSON & ARLENE S NICKSON